```
               IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| OLSON INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3045 |
| | ) | |
| v. | ) | |
| | ) | |
| TRAVELERS CASUALTY AND SURETY | ) | ORDER |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER came before the Court upon the joint motion of Plaintiff Olson Industries, Inc., and Defendant Travelers Casualty and Surety Company of America ("Travelers") for an order extending the time for Travelers to answer or otherwise plead until July 26, 2005 in order to allow the parties to finalize the details of a settlement which they have reached in principle without incurring additional litigation costs and expenses.

The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the joint motion, filing 11, is granted and Travelers is granted until July 26, 2005 to answer or otherwise plead in this matter.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge